UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY MURRAY #245927, | |
| Plaintiff, | Case No. 2:05-cv-190 |
| v. | HON. GORDON J. QUIST |
| UNKNOWN PALOMAKI, et al., | |
| Defendants. | **JUDGMENT** |

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated:  October 6, 2005                             /s/ Gordon J. Quist
                                                 GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE